UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TOMMY L. DUVALL                                                                                  PLAINTIFF

V.                                  No. 4:22-CV-422-JM-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                                                DEFENDANT

## ORDER

Plaintiff, Tommy L. Duvall, seeks judicial review of the administrative denial of his claims for disability insurance benefits. *Doc. 2*. The Commissioner has filed a Motion to Reverse and Remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *Doc. 14*. Plaintiff has not filed an objection to the Motion, and the time to do so has passed. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand (*Doc. 14*) is GRANTED. The Commissioner's prior decision is REVERSED, and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Judgment will enter accordingly.

SO ORDERED, this 12th day of January, 2023.

                         */s/ J. Thomas Ray*
                         UNITED STATES MAGISTRATE JUDGE