# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TOMMY L. DUVALL                                                                 PLAINTIFF

V.                              No. 4:22-CV-422-JM-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                                  DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Tommy L. Duvall, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 12th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE