IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMY DUVALL**                                                                                       **PLAINTIFF**

v.                                        No. 4:22-cv-422-JM-JTR

**KILOLO KIJAKAZI,**
Acting Commissioner of Social Security                                                **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"). (ECF No. 17). Defendant has responded .(ECF. No. 21).

Plaintiff requests $7,919.50 in fees and expenses. Defendant does not dispute the requested hourly rate of $235/hour or that there were factors that warrant an award "on the high side of typical," but contends that the compensable hours should be reduced from 33.70 hours to a total of 28 hours spent. After reviewing the time log attached to Plaintiff's motion (ECF No. 17-1), the Court finds that the requested reduction is appropriate for the reasons argued by Defendant.

With this reduction in time, Plaintiff's Motion for Attorney's Fees is GRANTED. Plaintiff is awarded **$6,580.00** in fees and expenses under the EAJA. The fee award is payable to Plaintiff and should be mailed to the care of Plaintiff's counsel, subject to any offset to satisfy any pre-existing debt owed to the United States.

IT IS SO ORDERED this 16th day of May, 2023

_____
UNITED STATES DISTRICT JUDGE